IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| WILLIAM HENRY MORRIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-078 |
| | ) | |
| WARDEN EPHERSON and OFFICER BRANTLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff, currently incarcerated at Montgomery State Prison, commenced this case pursuant to 42 U.S.C. § 1983.  The matter is now before the Court on Plaintiff's request to voluntarily dismiss his case.  (Doc. no. 11.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 18th day of December, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA